# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: CARLOS CONTRERAS (J)#　　　　　　　　CASE NO: 19-20811-cr-Middlebrooks

AUSA: Yeney Hernandez / Cynthia Wood　　　ATTY: Fred Moldovan, present
　　　　　　　　　　　　　　　　　　　　　　(If applicable-appeals colloquy)

AGENT: _____　　　　　　VIOL: _____

PROCEEDING: ARRAIGNMENT　　　　　　　　　RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no　　　　　　　COUNSEL APPOINTED: _____

BOND SET @: _____　　　　　　　　To be cosigned by: _____

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:　DATE:　　TIME:　　JUDGE:　　PLACE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

CHECK IF APPLICABLE_____: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 12-9-19　　TIME: 11:00am　　DAR: 11:04:55　　　　PAGE: (7)

5 mn.