UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20811-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS CONTRERAS,

    Defendant(s).
_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this matter is hereby referred to United States Magistrate Judge Chris M. McAliley for a change of plea hearing. Should the plea not take place before Judge McAliley, the parties are reminded that trial is scheduled to begin on Monday, March 2, 2020. **Sentencing will be held before Judge Middlebrooks on May 12, 2020 at 10:00 am in Miami.**

**DONE AND ORDERED** in Chambers at the United States District Courthouse, West Palm Beach, Florida, this 13th day of February, 2020.

                Donald M. Middlebrooks
                United States District Judge

cc:    U.S. Magistrate Judge Chris M. McAliley
        Counsel of Record